AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
Middle District of Florida

United States of America
v.
**WILLIAM UPHAM**

)
)
)
)
)
)

Case No.   3:26-mj-1296-SJH

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **WILLIAM UPHAM** ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Threats against the President, in violation of 18 U.S.C. § 871.

Date:   07/15/2026

_____
*Issuing officer's signature*

City and state:   Jacksonville, Florida

Samuel J. Horovitz, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7-16-2026 , and the person was arrested on *(date)* 7-16-2026
at *(city and state)* Jacksonville, FL .

Date: 7/16/2026

_____
*Arresting officer's signature*

John Rolander SA
*Printed name and title*